```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff,

-against-

NAUGHTY GULL, LLC, a New York limited liability company, d/b/a THE CLAM, and SARA JANE ROSZAK, an individual.

                Defendants.

1:21-cv-03221-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

        The Court has been advised that the Parties have reached a settlement in principle. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by November 29, 2021. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: October 25, 2021**
      **New York, NY**

                                                    */s/ Mary Kay Vyskocil*
                                                  **MARY KAY VYSKOCIL**
                                                  **United States District Judge**